```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 13-06113-RNO
Michael NMI Montedoro                                               Chapter 13
Tracy M. Montedoro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1             User: REshelman             Page 1 of 1           Date Rcvd: Aug 11, 2017
                                 Form ID: pdf010             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db/jdb         +Michael NMI Montedoro,    Tracy M. Montedoro,    11805 Buck Run Drive,
                Greencastle, PA 17225-8417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Douglas Henry Seitz    on behalf of Creditor    Washington County Teachers Federal Credit Union
               dseitz@offitkurman.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian    on behalf of Creditor    First Ed Credit Union law.ms@usa.net
              Michael John Csonka    on behalf of Debtor Michael NMI Montedoro office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Joint Debtor Tracy M. Montedoro office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael NMI Montedoro<br>Tracy M. Montedoro<br>                         Debtors | | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>                         Movant<br>vs.<br>Michael NMI Montedoro<br>Tracy M. Montedoro<br>                         Debtors<br>Charles J. DeHart, III Esq.<br>                         Trustee | | NO. 1:13-bk-06113-RNO<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>June 16, 2017</u> does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: August 11, 2017