IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
 )
MICHAEL NMI MONTEDORO )
TRACY M. MONTEDORO, ) Case No.   1-13-bk-06113 MDF
 ) Chapter 13
　　　　Debtor(s) )
 )

## WITHDRAWAL OF FILED PROOF OF CLAIM

AND NOW, comes the Debtors, Michael NMI Montedoro and Tracy M. Montedoro, by and through their attorney, Michael J. Csonka and Csonka Law, Attorneys at Law, and respectfully represents as follows:

1. The Debtors filed a voluntary Chapter 13 bankruptcy on November 17, 2013.
2. The Debtors' counsel filed a proof of claim on behalf of the Internal Revenue Service on December 9, 2014 listed as claim #24.
3. There has been no objections or pending actions on this claim and the Debtors wish to withdraw the claim.

Respectfully submitted,

November 3, 2017　　　　　　　　　　　　　　/s/ Michael J. Csonka
_____　　　　　　_____
DATE　　　　　　　　　　　　　　　　　　　Michael J. Csonka, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtors
　　　　　　　　　　　　　　　　　　　　　166 South Main Street
　　　　　　　　　　　　　　　　　　　　　Chambersburg, PA  17201
　　　　　　　　　　　　　　　　　　　　　(717)  977-3171
　　　　　　　　　　　　　　　　　　　　　PA ID#91232