United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael NMI Montedoro  
Tracy M. Montedoro  
    Debtors

Case No. 13-06113-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Apr 03, 2019  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
+Shippensburg Area School District ATTN: Lori Pomer, 317 N Morris Street, Shippensburg, PA 17257-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
    Douglas Henry Seitz    on behalf of Creditor    Washington County Teachers Federal Credit Union dseitz@offitkurman.com  
    James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
    Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Markian R Slobodian    on behalf of Creditor    First Ed Credit Union law.ms@usa.net  
    Michael John Csonka    on behalf of Debtor 1 Michael NMI Montedoro office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com  
    Michael John Csonka    on behalf of Debtor 2 Tracy M. Montedoro office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com  
    Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
MICHAEL NMI MONTEDORO )
TRACY M. MONTEDORO, ) Case No. 1-13-bk-06113 HWV
) Chapter 13
Debtor(s) )
)

**ORDER OF COURT**

UPON CONSIDERATION of the Debtors' Motion to Terminate Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Terminate Wage Attachment is approved. The Debtor Husband's employer, Shippensburg Area School District, ATTN: Lori Pomeroy, 317 N Morris Street, Shippensburg, PA 17257 is ordered to terminate the wage attachment payable to the Chapter 13 Trustee.

Dated: April 3, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)