## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL NMI MONTEDORO  Case No.: 1-13-06113-HWV
TRACY M. MONTEDORO  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 21
Last Four of Loan Number: 0742
Property Address if applicable: 11805 BUCK RUN DRIVE, , GREENCASTLE, PA17225

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $647.73
b. Prepetition arrearages paid by the Trustee: $647.73
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $647.73

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 17, 2019                  Respectfully submitted,

                                          s/ Charles J. DeHart, III, Trustee
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  JPMORGAN CHASE BANK, NA
Court Claim Number:  21

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 0210  | 9001785 | 02/04/2015 | $79.98    | $0.00    | $79.98     |
| 0210  | 9001855 | 03/04/2015 | $26.89    | $0.00    | $26.89     |
| 0210  | 9001925 | 04/01/2015 | $53.78    | $0.00    | $53.78     |
| 0210  | 9001993 | 05/06/2015 | $80.67    | $0.00    | $80.67     |
| 0210  | 9002063 | 06/03/2015 | $53.78    | $0.00    | $53.78     |
| 0210  | 9002135 | 07/01/2015 | $53.78    | $0.00    | $53.78     |
| 0210  | 9002204 | 08/03/2015 | $53.78    | $0.00    | $53.78     |
| 0210  | 9002277 | 09/02/2015 | $26.89    | $0.00    | $26.89     |
| 0210  | 9002351 | 10/06/2015 | $81.91    | $0.00    | $81.91     |
| 0210  | 9002431 | 11/04/2015 | $54.11    | $0.00    | $54.11     |
| 0210  | 9002572 | 12/03/2015 | $53.22    | $0.00    | $53.22     |
| 0210  | 9002654 | 01/07/2016 | $28.94    | $0.00    | $28.94     |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
   MICHAEL NMI MONTEDORO                           Case No.: 1-13-06113-HWV
   TRACY M. MONTEDORO                             Chapter 13
                Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 17, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J CSONKA ESQUIRE<br>166 SOUTH MAIN STREET<br>KERRSTOWN SQUARE<br>CHAMBERSBURG PA, 17201- | SERVED ELECTRONICALLY |
| CHASE RECORDS CENTER<br>ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA, 71203 | SERVED BY 1ST CLASS MAIL |
| MICHAEL NMI MONTEDORO<br>TRACY M. MONTEDORO<br>11805 BUCK RUN DRIVE<br>GREENCASTLE, PA 17225 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 17, 2019
                                                 s/ Donna Schott
                                                 Charles J. DeHart, III, Trustee
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 Fax: (717) 566-8313
                                                 eMail: dehartstaff@pamd13trustee.com