Certificate Number: 00437-PAM-DE-032772696

Bankruptcy Case Number: 13-06113


00437-PAM-DE-032772696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2019, at 9:24 o'clock PM MDT, Michael Montedoro completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  May 5, 2019              By:    /s/Kimberly Jackson

                                Name:  Kimberly Jackson

                                Title: Accredited Financial Counselor