Certificate Number: 00437-PAM-DE-032772697

Bankruptcy Case Number: 13-06113


00437-PAM-DE-032772697

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 5, 2019</u>, at <u>9:24</u> o'clock <u>PM MDT</u>, <u>Tracy Montedoro</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 5, 2019</u>

By: <u>/s/Kimberly Jackson</u>

Name: <u>Kimberly Jackson</u>

Title: <u>Accredited Financial Counselor</u>