```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 13-06113-HWV
Michael NMI Montedoro                                         Chapter 13
Tracy M. Montedoro
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: MMchugh              Page 1 of 2          Date Rcvd: May 07, 2019
                          Form ID: 3180W             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db/jdb        +Michael NMI Montedoro,   Tracy M. Montedoro,   11805 Buck Run Drive,
                Greencastle, PA 17225-8417
cr            +First Ed Credit Union,   Law Offices of Markian R. Slobodian,   801 North Second St.,
                Harrisburg, PA 17102-3210
4414806       +1st Ed Credit Union,   1156 Kennebec Dr,   Chambersburg, PA 17201-2809
4435745       +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4414811       +Chase Home Finance,   P O Box 24696,   Columbus, OH 43224-0696
4430508       +First Ed Credit Union,   c/o Law Offices of Markian R. Slobodian,   801 North Second St.,
                Harrisburg, PA 17102-3213
4576178       +Franklin County Tax Claim Bureau,   2 North Main St,   Chambersburg, PA 17201-1811
4471997       +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7133,   Columbus, OH 43219-6009
4472099       +JPMorgan Chase Bank, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                Monroe, LA 71203-4774
4415998       +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
4414827       +PNC Bank,   P O Box 3429,   Pittsburgh, PA 15230-3429
4454486       +Phillips & Cohen Associates, LTD,   servicer for PCA Acquisition V, LLC,   1002 Justison Street,
                Wilmington DE 19801-5148
4443439       +Washington County Teachers Federal Credit Union,   c/o Douglas H. Seitz, Esq.,
                Offit Kurman, P.A.,   8 Park Center Ct., Ste 200,   Owings Mills, MD 21117-5616
4435828       +Washington County Teachers Federal Credit Union,   c/o Douglas H. Seitz, Esquire,
                8 Park Center Ct, Ste 200,   Owings Mills, MD 21117-5616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4414807        EDI: BANKAMER.COM May 07 2019 23:13:00     Bank of America,   P O Box 982238,
                El Paso, TX 79998
4414808       +EDI: RESURGENT.COM May 07 2019 23:13:00     CACH LLC,   370 17th St,   Ste 5000,
                Denver, CO 80202-5616
4446160        EDI: RESURGENT.COM May 07 2019 23:13:00     CACH, LLC,   PO Box 10587,
                Greenville, SC 29603-0587
4414809       +EDI: CAPITALONE.COM May 07 2019 23:13:00     Capital One,   P O Box 30281,
                Salt Lake City, UT 84130-0281
4460773        EDI: BL-BECKET.COM May 07 2019 23:13:00     Capital One NA,   c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
4414810       +EDI: CHASE.COM May 07 2019 23:13:00     Chase,   P O Box 15298,   Wilmington, DE 19850-5298
4414812       +EDI: CHASE.COM May 07 2019 23:13:00     Chase/Best Buy,   P O Box 15298,
                Wilmington, DE 19850-5298
4414813       +EDI: CITICORP.COM May 07 2019 23:13:00     CitiCards/Citibank,   P O Box 6500,
                Sioux Falls, SD 57117-6500
4414814       +EDI: WFNNB.COM May 07 2019 23:13:00     Comenity Bank/Ann Taylor,   P O Box 182789,
                Columbus, OH 43218-2789
4465475        EDI: RMSC.COM May 07 2019 23:13:00     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
4414815       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/American Eagle,   P O Box 965005,
                Orlando, FL 32896-5005
4414816       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Banana Republic,   P O Box 965005,
                Orlando, FL 32896-5005
4414817       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Dick's,   P O Box 965005,   Orlando, FL 32896-5005
4414818       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Gap,   P O Box 965005,   Orlando, FL 32896-5005
4414819       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Home Design NHFA,   P O Box 965036,
                Orlando, FL 32896-5036
4414820       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Lowe's,   P O Box 965005,   Orlando, FL 32896-5005
4414821       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Old Navy,   P O Box 965005,
                Orlando, FL 32896-5005
4414822       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/PayPalSmartConn,   P O Box 965005,
                Orlando, FL 32896-5005
4414823       +EDI: RMSC.COM May 07 2019 23:13:00     GECRB/Sams,   P O Box 965005,   Orlando, FL 32896-5005
4414824        EDI: IRS.COM May 07 2019 23:13:00     Internal Revenue Service,   Insolvency Admin,
                P O Box 7346,   Philadelphia, PA 19101-7346
4443631        EDI: JEFFERSONCAP.COM May 07 2019 23:13:00     Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
4414825       +E-mail/Text: bncnotices@becket-lee.com May 07 2019 19:12:38     Kohls/Capital One,
                P O Box 3115,   Milwaukee, WI 53201-3115
4414826        E-mail/Text: camanagement@mtb.com May 07 2019 19:12:40     M&T Bank,   P O Box 900,
                Millsboro, DE 19966
4462164        EDI: PRA.COM May 07 2019 23:13:00     Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
4420740        EDI: Q3G.COM May 07 2019 23:13:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
4414828       +E-mail/Text: wctfcu.tsa@myactv.net May 07 2019 19:12:41     Washington County Teachers FCU,
                823 Commonwealth Ave,   Hagerstown, MD 21740-6801
                                                                                              TOTAL: 26
```

```
District/off: 0314-1          User: MMchugh            Page 2 of 2          Date Rcvd: May 07, 2019
                              Form ID: 3180W           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4581500            Internal Revenue Service
cr*                CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*                +Washington County Teachers Federal Credit Union,    c/o Douglas H. Seitz, Esquire,
                    8 Park Center Ct. Ste 200,    Owings Mills, MD 21117-5616
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Douglas Henry Seitz    on behalf of Creditor    Washington County Teachers Federal Credit Union
               dseitz@offitkurman.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian    on behalf of Creditor    First Ed Credit Union law.ms@usa.net
              Michael John Csonka    on behalf of Debtor 1 Michael NMI Montedoro office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Michael John Csonka    on behalf of Debtor 2 Tracy M. Montedoro office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael NMI Montedoro** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0536** <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | **Tracy M. Montedoro** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5319** <br> EIN  __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–06113–HWV** | | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael NMI Montedoro                           Tracy M. Montedoro

5/7/19

**By the court:**

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**